B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of South Carolina

In re  Stanley Wayne Watts                    ,  Case No.  17-04443-jw

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SECRETARY OF VETERANS AFFAIRS OF WASHINGTON, D.C., ITS SUCCESSORS AND/OR ASSIGNS | Ditech Financial LLC for Secretary of Veterans Affairs |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

Court Claim # (if known):  1
Amount of Claim:  $123,932.83
Date Claim Filed:  11/13/2017

Phone:  866-581-4513
Last Four Digits of Acct #:  5722

Phone:  888-298-7785
Last Four Digits of Acct. #:  5722

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services,
314 S Franklin St. P.O. Box 517
Titusville, PA 16354

Phone:  866-581-4513
Last Four Digits of Acct #:  5722

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Louise M. Johnson                    Date:  02/02/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.